Cite as 2025 Ark. 218

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS | **Opinion Delivered:** December 11, 2025 |

## PER CURIAM

Pursuant to Administrative Order No. 14, administrative plans have been submitted by all judicial circuits except the Seventh Circuit. The court has carefully considered each plan and, upon review, believes the following plans generally meet the requirements of Administrative Order No. 14: Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Eighth-North Circuit, Eighth-South Circuit, Ninth-East Circuit, Ninth-West Circuit, Tenth Circuit, Eleventh-East Circuit, Eleventh-West Circuit, Twelfth Circuit, Thirteenth Circuit, Fourteenth Circuit, Fifteenth Circuit, Sixteenth Circuit, Seventeenth Circuit, Eighteenth-East Circuit, Eighteenth-West Circuit, Nineteenth-East Circuit, Nineteenth-West Circuit, Twentieth Circuit, Twenty-First Circuit, Twenty-Second Circuit, and Twenty-Third Circuit. These administrative plans are approved and shall be effective January 1, 2026.

Before the plans submitted by the First Circuit and Fifth Circuit can be approved, the court requires amendment.

Our approval of the foregoing plans is limited to the requirements outlined in Administrative Order No. 14 (3). We do not take a position on the validity or enforceability of any other provisions of the plans. Additionally, we note that this court disfavors local rules. *See In re Changes to the Arkansas Rules of Civil Procedure*, 294 Ark. 664, 742 S.W.2d 551 (1987). Thus, to the extent that a provision in an approved plan is alleged to be in conflict with a court rule, administrative order, statute, or caselaw, the provision remains subject to legal challenge and publication of the plan does not alter this.